UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:07CR30065-001-MJR |
| | ) | |
| vs. | ) | |
| | ) | |
| Vicente Flores, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER REMITTING FINE

This matter is before the Court on the Government's motion, pursuant to 18 U.S.C. § 3573, for remission of the unpaid portion of the fine imposed in this case. (**Doc. 158**) In the interest of justice, based upon the Government's showing that reasonable efforts to collect the fine are not likely to be effective, the Government's motion is **GRANTED**. Accordingly, the unpaid portion of the fine imposed against Defendant in the amount of **$575.00**, is **REMITTED** pursuant to 18 U.S.C. § 3573.

**IT IS SO ORDERED**.

**DATED: July 12, 2011**

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN
UNITED STATES DISTRICT JUDGE**